IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| RAMON GARZA, JR., | ) | |
|---|---|---|
| | ) | |
| Petitioner/Defendant, | ) | CIVIL ACTION NO. 12-033-CG |
| | ) | |
| vs. | ) | CRIMINAL NO. 07-00349-CG-C |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody filed in this case (Doc. 201 in Criminal 7-349-CG-C) be and the same hereby is **DENIED** because, as to the ineffective-assistance-of-counsel claims, the petitioner has made no showing that his rights were violated and any claim of cumulative error similarly fails.

Further, the petitioner is not entitled to a certificate of appealability and, therefore, is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 4th day of October, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE